■ State Division of Human Rights, on Complaint of James E. Smith, Petitioner, v New York State Division for Youth, Respondent.—Determination unanimously confirmed and petition dismissed, without costs (*see, State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.